# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM G. GENTHNER & KIM R. GENTHNER    Case Number: 08-71437
4321 N. COCKRELL ROAD    SSN-xxx-xx-0146 & xxx-xx-7585
FREEPORT, IL 61032

Case filed on: 5/7/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,708.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM G. GENTHNER | 0.00 | 0.00 | 1,610.86 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,610.86 | 0.00 |
| 001 | US BANK | 2,000.00 | 2,000.00 | 29.67 | 60.33 |
| 002 | WASHINGTON MUTUAL | 13,547.62 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,547.62 | 2,000.00 | 29.67 | 60.33 |
| 003 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BENEFIT PLANNING CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PREMIER BANKCARD/CHARTER | 465.35 | 465.35 | 0.00 | 0.00 |
| 006 | PREMIER BANKCARD/CHARTER | 179.81 | 179.81 | 0.00 | 0.00 |
| 007 | LUNDHOLM PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RADIOLOGY CONSULT OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 557.22 | 557.22 | 0.00 | 0.00 |
| 017 | AFNI/VERIZON | 396.79 | 396.79 | 0.00 | 0.00 |
| 018 | RJM ACQUISITIONS FUNDING LLC | 26.97 | 26.97 | 0.00 | 0.00 |
| 019 | PREMIER BANKCARD/CHARTER | 294.10 | 294.10 | 0.00 | 0.00 |
|  | Total Unsecured | 1,920.24 | 1,920.24 | 0.00 | 0.00 |
|  | Grand Total: | 17,467.86 | 3,920.24 | 1,640.53 | 60.33 |

Total Paid Claimant: $1,700.86
Trustee Allowance: $7.14
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/24/2008    By /s/Heather M. Fagan